UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED- CIVIL MINUTES - GENERAL**

| Case No. | CV 15-02862-ODW(ASx) | Date | May 22, 2015 |
|---|---|---|---|
| Title | Cyrus Raphael v. Tesoro Refining and marketing Company LLC et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|
| Sheila English | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS)   Order Vacating Hearing on** MOTION to Dismiss Complaint[**11**]**:** MOTION to Remand Case to Los Angeles Superior Court [**12**]

   The hearing on the above-referenced MOTIONS, scheduled for June 1, 2015 at 1:30 P.M., are hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matters stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

|   | : | 00 |
|---|---|---|
| Initials of Preparer | se | |